IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN, ) | No. C 12-03360 EJD (PR) |
| Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| M .D. BITER, et al., ) | |
| Defendants. ) | |

    Plaintiff, a California inmate proceeding pro se, initiated the instant civil rights action by filing a letter complaining of prison conditions. Plaintiff later filed a complaint against prison medical personnel at Kern Valley State Prison alleging inadequate medical treatment. (Docket No. 9.) Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a).

    The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED:     10/5/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. SULLIVAN,

        Plaintiff,

  v.

M. D. BITER, et al.,

        Defendants.

Case Number: CV12-03360 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/9/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Sullivan V 60931
Kern Valley State Prison
P. O. Box 5104
Delano, CA 93216

Dated: 10/9/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk